MICHAEL S. LAWSON (SBN 048172)
City Attorney
JUSTIN NISHIOKA (SBN 278207)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4458
Fax: (510) 583-3660

Attorneys for Defendants,
City of Hayward, et al.

ANDREW CHAN KIM (SBN 315331)
2603 Barclay Way
Belmont, CA 94002
Tel: (650) 339-2005
Chan.a.kim@gmail.com

Attorney for Plaintiff,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MARKETRI CYRUS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, a municipal corporation, HPD Chief MARK KOLLER, HPD Sergeant GREGORY VELASQUEZ, Officer CHRISTOPHER SUOZZO, Officer CHRISTOPHER HUMPERT, Officer TOMMIE CLAYTON, Officer LEON LIMON, Officer AARON SUOZZO, Officer NATHAN SCINTO, Officer AUREL AUGUSTIN, HPD Employee JANICE MCKEE, HPD Employee JUAN CASILLAS, and DOES 1-50, Jointly and Severally<br><br>          Defendants. | Case No. 18-cv-05095-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Assigned to the Honorable Jon S. Tigar<br><br>Complaint filed: August 20, 2018 |

IT IS HEREBY STIPULATIED by and between the parties hereto through their respective attorneys that Defendants City of Hayward, Chief Mark Koller, Sergeant Gregory Velaszquez, Officer Suozzo, Officer Christopher Humpert, Officer Tommie Clayton, Officer Leon Limon, Officer Aaron Suozzo, Officer Nathan Scinto, Officer Aurel Agustin, Janice McKee, and Juan Casillas (the "City") may have additional time to respond to plaintiff's complaint. The parties make this stipulation pursuant to Civil Local Rule 6-1(a). The last day for the City to respond is October 26, 2018.

DATED: October 3, 2018    MICHAEL S. LAWSON, City Attorney

By: ___/s/ Justin Nishioka___
Justin Nishioka, Assistant City Attorney
Attorneys for Defendant City of Hayward

DATED: October 3, 2018

By: ___/s/ Andrew Chan Kim___
Andrew Chan Kim
Attorneys for Plaintiff Marketri Cyrus

### [PROPOSED] ORDER

This matter came before the Court on a Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint. Based on the stipulation of the parties, the time for the City to respond to the Plaintiff's Complaint is extended to October 26, 2018;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October __4__, 2018

_____
UNITED STATES DISTRICT JUDGE