MICHAEL S. LAWSON (SBN 048172)
City Attorney
JUSTIN NISHIOKA (SBN 278207)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4458
Fax: (510) 583-3660

Attorneys for Defendants,
City of Hayward, et al.

ANDREW CHAN KIM (SBN 315331)
2603 Barclay Way
Belmont, CA 94002
Tel: (650) 339-2005
Chan.a.kim@gmail.com

Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MARKETRI CYRUS,<br><br>Plaintiff,<br>v.<br><br>CITY OF HAYWARD, a municipal corporation, HPD Chief MARK KOLLER, HPD Sergeant GREGORY VELASQUEZ, Officer CHRISTOPHER SUOZZO, Officer CHRISTOPHER HUMPERT, Officer TOMMIE CLAYTON, Officer LEON LIMON, Officer AARON SUOZZO, Officer NATHAN SCINTO, Officer AUREL AUGUSTIN, HPD Employee JANICE MCKEE, HPD Employee JUAN CASILLAS, and DOES 1-50, Jointly and Severally<br><br>Defendants. | Case No. 18-cv-05095<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S SECOND, FIFTH, AND ELEVENTH CLAIMS FOR RELIEF; [PROPOSED] ORDER**<br><br>Assigned to the Honorable Jon S. Tigar<br><br>Complaint filed: August 20, 2018 |

Marketri Cyrus v. City of Hayward, et al.
USDC Case No. 18-cv-05095(JST)

Stipulation to Dismiss Claims for Relief

-1-

IT IS HEREBY STIPULATIED by and between Plaintiff Marketri Cyrus ("Plaintiff") and Defendants City of Hayward, Chief Mark Koller, Sergeant Gregory Velasquez, Officer Suozzo, Officer Christopher Humpert, Officer Tommie Clayton, Officer Leon Limon, Officer Aaron Suozzo, Officer Nathan Scinto, Officer Aurel Agustin, Janice McKee, and Juan Casillas (the "City") (collectively, the "Parties"), by through their respective counsel, as follows:

Plaintiff's Second Claim for Relief as it applies to Monell damages and liability, Plaintiff's Fifth Claim for Relief concerning Malicious Prosecution, and Plaintiff's Eleventh Claim for Relief concerning Intentional Infliction of Emotional Distress are hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii).

Each party is to bear their own costs and fees.

IT IS SO STIPULATED.

DATED: October 19, 2018         MICHAEL S. LAWSON, City Attorney


By: _____/s/ Justin Nishioka_____
Justin Nishioka, Assistant City Attorney
Attorneys for Defendant City of Hayward

DATED: October 19, 2018


By: _____/s/ Andrew Chan Kim_____
Andrew Chan Kim
Attorneys for Plaintiff Marketri Cyrus

# [PROPOSED] ORDER

Pursuant to Plaintiff Marketri Cyrus ("Plaintiff") and Defendants City of Hayward, Chief Mark Koller, Sergeant Gregory Velasquez, Officer Suozzo, Officer Christopher Humpert, Officer Tommie Clayton, Officer Leon Limon, Officer Aaron Suozzo, Officer Nathan Scinto, Officer Aurel Agustin, Janice McKee, and Juan Casillas ("City") (collectively, the "Parties") Joint Stipulation and for GOOD CAUSE appearing, the Joint Stipulation is approved. The Court hereby orders as follows:

(1) Plaintiff's Second Claim of Relief for Monell liability pursuant to 42 U.S.C. § 1983 in the Plaintiff's Complaint is hereby dismissed without prejudice.

(2) Plaintiff's Fifth Claim of Relief for Malicious Prosecution pursuant to 42 U.S.C. § 1983 in the Plaintiff's Complaint is hereby dismissed without prejudice.

(3) Plaintiff's Eleventh Claim of Relief for Intentional Infliction of Emotional Distress pursuant to 42 U.S.C. § 1983 in the Plaintiff's Complaint is hereby dismissed without prejudice.

(4) Each party is to bear its own costs and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 22, 2018

UNITED STATES DISTRICT JUDGE

Marketri Cyrus v. City of Hayward, et al.
USDC Case No. 18-cv-05095(JST)
Stipulation to Dismiss Claims for Relief
-3-